IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60834
Summary Calendar
_____

CHRISTINE T. HUTCHINSON,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
(1:98-CV-303-RG)
--------------------
June 27, 2002

Before HIGGINBOTHAM, WIENER, AND BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Christine T. Hutchinson appeals the district court's judgment affirming the Social Security Commissioner's decision to deny her disability benefits. She argues that the Administrative Law Judge ("ALJ") used the wrong legal standard to determine that she did not have a severe impairment and that the ALJ's decision was not supported by substantial evidence.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and parties' briefs, and we conclude that the district court's ruling is correct. The ALJ applied the proper standard under Stone v. Heckler, 752 F.2d 1099, 1101 (5th Cir. 1985), in determining that Hutchinson's impairments were not severe at the time that her insured status ended. We also agree with the district court, contrary to Hutchinson's assertion, that the ALJ's decision was supported by substantial evidence. See Richardson v. Perales, 402 U.S. 389, 401 (1971); Leggett v. Chater, 67 F.3d 558, 564 (5th Cir. 1995).

AFFIRMED.